Local PLRA Complaint Packet                                                                Rev. 5/1/13

**FORM A**

FORM TO BE USED BY A PRISONER IN FILING A COMPLAINT
UNDER THE CIVIL RIGHTS ACT, **42 U.S.C. § 1983**

IN THE UNITED STATES DISTRICT COURT
DISTRICT OF NORTH DAKOTA

Kermit Sy Poulson

[NOTE: Enter the FULL name and inmate number of each **Plaintiff**]

vs.                                              **COMPLAINT**

Julie Hoffman, Catholic
Family Services of North
Dakota,

[NOTE: Enter the FULL name of each **Defendant**]

I. **Previous Lawsuits:**
[NOTE: If there is more than one plaintiff, attach a separate sheet with the information in part I and II below for EACH plaintiff.]

  A. Have you begun other lawsuits in state or federal court dealing with the <u>same facts</u> involved in this action or have you filed any other lawsuits relating to your imprisonment? Yes ❑  No ❑

  B. If your answer to A is Yes, please answer questions 1 through 7. (If there is more than one lawsuit, describe the additional lawsuits on another sheet of paper, using the same outline.)

    1. Parties to this previous lawsuit:

       Plaintiffs  _____
                    _____

       Defendants  _____
                    _____

    2. Court : _____
       [NOTE: for federal court lawsuits, name the district and for state court lawsuits, name the county]

    3. Case Number: _____

    4. Name of judge to whom lawsuit was assigned: _____

    5. Disposition of lawsuit, if known: _____
       [NOTE: for example, was the lawsuit dismissed, appealed, or still pending]

Local PLRA Complaint Packet                                                                 Rev. 5/1/13

      6.    Approximate date lawsuit was filed: _____

      7.    Approximate date lawsuit ended: _____

## II. Place of Present Confinement: _____

  A.   Is there a prisoner grievance procedure in this institution? Yes ☐ No ☒

  B.   Did you present the facts relating to your complaint to the institution's prisoner grievance procedure? Yes ☐ No ☐

  C.   If your answer is YES,
      1.    What steps did you take?

      2.    What was the result?

  D.   If your answer is NO, explain why not:

      *This is a matter outside of prison*

  E.   If there is no prison grievance procedure in the institution, did you complain to prison authorities? Yes ☐ No ☒

  F.   If your answer is YES,
      1.    What steps did you take?

      2.    What was the result?

Local PLRA Complaint Packet                                                                                        Rev. 5/1/13

**III.    Parties**
[NOTE: In item A below, enter your name in the first blank and your present address in the second blank. Do the same for additional plaintiffs, on line B, if any.]

A.    Name of plaintiff: K. Ty Poulson

Address: 2340 Mullan Rd, MSLA, MT 59802

B.    Additional plaintiffs: John Rhodes
175 Bank St,
Missoula, MT
59802

[NOTE: In items C-F below, enter the full name of the defendant in the first blank, defendant's official position in the second blank, whether you are suing defendant in both official and individual capacity in third blank and defendant's place of employment in the fourth blank.]

C.    Name of Defendant #1: Julie Hoffman - Catholic Family Services

Official Position: Adoption Placement Specialist

If Defendant is a government official or employee, are you suing the Defendant in his or her official capacity?    Yes ☒  No ☐

If Defendant is a government official or employee, are you suing the Defendant in his or her individual capacity?    Yes ☐  No ☐

Place of Employment: Catholic Family Services
520 Raymond Street
Bismarck, ND 58502

D.    Name of Defendant #2: _____

Official Position: _____

If Defendant is a government official or employee, are you suing the Defendant in his or her official capacity?    Yes ☐  No ☐

If Defendant is a government official or employee, are you suing the Defendant in his or her individual capacity?    Yes ☐  No ☐

Place of Employment: _____

E.    Name of Defendant #3: _____

Official Position: _____

If Defendant is a government official or employee, are you suing the Defendant in his or her official capacity?    Yes ☐  No ☐

Local PLRA Complaint Packet                                                                   Rev. 5/1/13

If Defendant is a government official or employee, are you suing the Defendant in his or her individual capacity?   Yes ☐  No ☐

Place of Employment: _____

F. Name of Defendant #4: _____

Official Position: _____

If Defendant is a government official or employee, are you suing the Defendant in his or her official capacity?   Yes ☐  No ☐

If Defendant is a government official or employee, are you suing the Defendant in his or her individual capacity?   Yes ☐  No ☐

Place of Employment: _____

G. Additional Defendants :   Use a separate sheet of paper. Write the heading **PART II CONTINUED** at the top of that sheet. For each additional defendant list:
    Name
    Official Position
    Suing in Official and/or Individual Capacity
    Place of Employment

**IV. Jurisdiction**

This complaint is brought pursuant to 42 U.S.C. § 1983, and jurisdiction is based on 28 U.S.C. §1343(a)(3). Plaintiff(s) allege(s) that the defendant(s) acted under color of state law with regard to the facts stated in part V of this complaint.

Local PLRA Complaint Packet                                                Rev. 5/1/13

V. **Statement of Claim**

    A. Claim No. 1: [NOTE: State here <u>as briefly as possible</u> the basis for your claim, including the facts of your case. You MUST state exactly what each defendant personally did, or failed to do, which resulted in harm to you. Include also the names of other persons involved (for example, other inmates) and state the date and place of all events.]

    Are you claiming any physical injury? Yes ☐ No ☒ If yes, please describe.

Retaliation, When asked politely to have Brian M. Panving contact Mr. Poulson so he could communicate with Mansol, his biological daughter, Julie Holdman retaliated against his free speech, claiming "Harassment," and this injured Mr. Poulson's constitutional Rights. Retaliation is a Blackletter violation of the First Amendment. She filed a felony against Mr. Poulson who is Autistic, and has Physical and mental health Disabilities.

    B. Claim No. 2: [NOTE: State here <u>as briefly as possible</u> the basis for your claim, including the facts of your case. You MUST state exactly what each defendant personally did, or failed to do, which resulted in harm to you. Include also the names of other persons involved (for example, other inmates) and state the date and place of all events.]

    Are you claiming any physical injury? Yes ☐ No ☒ If yes, please describe.

This erected a Barrier against the ADA, of Attitudinal and communication Barriers, and she filed a felony, which is a total violation of the ADA of 1990, erecting communicative Barriers against a person who is Bipolar, Autistic, and paralyzed.

Local PLRA Complaint Packet                                                                                      Rev. 5/1/13

C.  Claim No. 3: [NOTE: State here <u>as briefly as possible</u> the basis for your claim, including the facts of your case. You MUST state exactly what each defendant personally did, or failed to do, which resulted in harm to you. Include also the names of other persons involved (for example, other inmates) and state the date and place of all events.]

Are you claiming any physical injury? Yes ❏  No ❏  If yes, please describe.

_____
_____
_____
_____
_____
_____
_____
_____
_____

D.  Claim No. 4: [NOTE: State here <u>as briefly as possible</u> the basis for your claim, including the facts of your case. You MUST state exactly what each defendant personally did, or failed to do, which resulted in harm to you. Include also the names of other persons involved (for example, other inmates) and state the date and place of all events.]

Are you claiming any physical injury? Yes ❏  No ❏  If yes, please describe.

_____
_____
_____
_____
_____
_____
_____
_____
_____

Local PLRA Complaint Packet                                                          Rev.5/1/13

    E.    Additional Claims:    Attach an extra sheet <u>if necessary,</u> and write the heading **PART V CONTINUED** at the top of that sheet

## VI. Relief

[NOTE: State briefly <u>exactly what you want the Court to do for you</u>.]

$50K for ADA violation

felony against Poulson dismissed

apology letter from huffman to Poulson

## VII. Signature(s) of Plaintiff(s)

Signed this __21__ day of __July__, 20__25__.

_(signature)_
(Signature of Plaintiff)

Signatures of additional plaintiffs, if any: